IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL S. ELAM, | No. C06-06747 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| NATIONAL LABOR RELATIONS BOARD REGION #32, | |
| Defendant. | |

The Court has received no opposition or statement of non-opposition from Plaintiff to Defendant's Motion to Dismiss[1], which is scheduled for hearing on March, 13, 2007. Under the Civil Local Rules, the opposition was due three weeks before the hearing date.

Plaintiff is hereby **ORDERED** to show good cause in writing, by **March 12, 2007**, why no opposition or statement of non-opposition has been filed to date, and why any tardy filing should be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing Order for civil cases.

///

///

///

---

[1] Docket No. 6, Filed February 1, 2007.

Plaintiff is hereby **ORDERED** to file an opposition or statement of non-opposition concurrently with the response to this order to show good cause.  Failure to respond to this order shall result in the imposition of sanctions, which may include granting the motion.

**IT IS SO ORDERED.**

Dated: March 2, 2007



MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2